TDCJ Offender Details 83,237 02 Page 1 of 2



**TDCJ Home**  **New Offender Search**

# Offender Information Details

    Return to Search list

| | |
|---|---|
| **SID Number:** | 05563053 |
| **TDCJ Number:** | 01853497 |
| **Name:** | ESTRADA,JOEL |
| **Race:** | H |
| **Gender:** | M |
| **DOB:** | 1983-03-17 |
| **Maximum Sentence Date:** | 2028-04-27 |
| **Current Facility:** | DALHART |
| **Projected Release Date:** | 2021-07-08 |
| **Parole Eligibility Date:** | 2017-04-27 |
| **Offender Visitation Eligible:** | YES |

*Information provided is updated once daily during weekdays and multiple times per day on visitation days.* **Because this information is subject to change, family members and friends are encouraged to call the unit prior to traveling for a visit.**

## SPECIAL INFORMATION FOR SCHEDULED RELEASE:

| | |
|---|---|
| **Scheduled Release Date:** | Offender is not scheduled for release at this time. |
| **Scheduled Release Type:** | Will be determined when release date is scheduled. |
| **Scheduled Release Location:** | Will be determined when release date is scheduled. |

## Parole Review Information

### Offense History:

| Offense Date | Offense | Sentence Date | County | Case No. | Sentence (YY-MM-DD) |
|---|---|---|---|---|---|
| 2013-01-11 | POSS WID CONT SUBS | 2013-04-25 | POTTER | 66,486-E | 15-00-00 |
| | | | | | |